**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN DOE,** on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OHIO MEDICAL ALLIANCE LLC,<br>d/b/a OHIO MARIJUANA CARD,**<br><br>Defendant. | Case No. 1:25-cv-01765-PAB<br><br>Judge Pamela A. Barker |
| **KIRK BURD,** on behalf of himself<br>and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OHIO MEDICAL ALLIANCE LLC,<br>d/b/a OHIO MARIJUANA CARD,**<br><br>Defendant. | Case No. 1:25-cv-01779<br><br>Judge Pamela A. Barker |
| **KRISTOPHER COOPER,** individually and<br>on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**OHIO MEDICAL ALLIANCE LLC,<br>d/b/a OHIO MARIJUANA CARD,**<br><br>Defendant. | Case No. 1:25-cv-01793-PAB<br><br>Judge Pamela A. Barker |

| | |
|---|---|
| **KRISTEN DENNISON,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **OHIO MEDICAL ALLIANCE LLC, d/b/a OHIO MARIJUANA CARD,** <br><br> Defendant. | Case No. 1:25-cv-01799-BMB <br><br> Judge Bridget Meehan Brennan |
| **KATHY BURGESS,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **OHIO MEDICAL ALLIANCE LLC, d/b/a OHIO MARIJUANA CARD,** <br><br> Defendant. | Case No. 1:25-cv-01802-CEF <br><br> Judge Charles Esque Fleming |
| **JAMES JINDRA,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **OHIO MEDICAL ALLIANCE LLC, d/b/a OHIO MARIJUANA CARD,** <br><br> Defendant. | Case No. 1:25-cv-01837-SO <br><br> Judge Solomon Oliver |

**PLAINTIFFS' MOTION TO CONSOLIDATE
AND APPOINT INTERIM CLASS COUNSEL**

Pursuant to Rules 42 and 23(g) (3) of the Federal Rules of Civil Procedure, Plaintiffs John

Doe, Kirk Burd, Kristopher Cooper, Kristen Dennison, Kathy Burgess, and James Jindra

1

("Plaintiffs"), respectfully request (1) that the above-captioned proposed class actions (the "Related Actions")[1] filed by Plaintiffs between August 25, 2025, and September 3, 2025, be consolidated into *Doe v. Ohio Medical Alliance LLC*, No. 1:25-cv-01765-PAB ("*Doe*"), and (2) that Terence R. Coates of Markovits, Stock & DeMarco, LLC, be appointed Interim Class Counsel for Plaintiffs. Counsel for Defendant has not yet appeared and as a result, the undersigned was unable to determine Defendant's position on consolidation and/or Plaintiffs' request for the interim appointment of class counsel.

Dated: September 5, 2025                    Respectfully submitted

<div style="margin-left:40%">

/s/ Terence R. Coates
Terence R. Coates (0085579)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

*Proposed Interim Class Counsel*

Dylan J. Gould (0097954)
Spencer D. Campbell (0103001)
MARKOVITS, STOCK & DEMARCO, LLC
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
dgould@msdlegal.com
scampbell@msdlegal.com

Raina C. Borrelli*
STRAUSS BORRELLI, PLLC

</div>

---

[1] *Doe v. Ohio Medical Alliance LLC*, d/b/a *Ohio Marijuana Card*, No. 1:25-cv-01765-PAB (filed Aug. 25, 2025); *Burd v. Ohio Medical Alliance LLC, d/b/a Ohio Marijuana Card*, No. 1:25-cv-01779 (filed Aug. 26, 2025); *Cooper v. Ohio Medical Alliance LLC, d/b/a Ohio Marijuana Card*, No. 1:25-cv-01793 (filed Aug. 28, 2025); *Dennison v. Ohio Medical Alliance LLC, d/b/a Ohio Marijuana Card*, No. 1:25-cv-01799 (filed Aug. 28, 2025); and *Burgess v. Ohio Medical Alliance LLC, d/b/a Ohio Marijuana Card*, No. 1:25-cv-01802 (filed Aug. 28, 2025); *and Jindra v. Ohio Medical Alliance LLC, d/b/a Ohio Marijuana Card*, No. 1:25-cv-01837 (filed Aug. 28, 2025).

980 N. Michigan Ave., Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
raina@straussborrelli.com

David K. Lietz*
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
5335 Wisconsin Ave., NW, Suite 440
Washington, DC 20015
Phone: 866.252.0878
dlietz@milberg.com

Kenneth J. Grunfeld*
KOPELOWITZ OSTROW P.A.
One West Las Olas Boulevard
Fort Lauderdale, FL 33301
Tel.: (954) 525-4100
grunfeld@kolawyers.com

Jeffrey S. Goldenberg (0063771)
Todd B. Naylor (0068388)
GOLDENBERG SCHNEIDER, LPA
4445 Lake Forest Drive, Suite 490
Cincinnati, Ohio 45242
T: (513) 345-8291
F: (513) 345-8294
jgoldenberg@gs-legal.com
tnaylor@gs-legal.com

Courtney Ross Brown*
Cole Lorigan*
Randall K. Pulliam*
CARNEY BATES & PULLIAM, PLLC
1 Allied Dr. Suite 1400
Little Rock, AR 72202
T: (501) 312-8500
F: (501) 312-8505
cbrown@cbplaw.com
clorigan@cbplaw.com
rpulliam@cbplaw.com

Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW

2

15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
(216) 373-0536 e-fax
notices@dannlaw.com

Mark S. Reich*
Melissa G. Meyer*
LEVI & KORSINSKY, LLP
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mmeyer@zlk.com

Amber L. Schubert*
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St, Ste 200
San Francisco, CA 94123
Tel: 415-788-4220
Fax: 415-788-0161
aschubert@sjk.law

*pro hac vice forthcoming

Attorneys for Plaintiffs and the Proposed Class

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2025, I served the foregoing upon Defendant by mail

in accordance with Fed. R. Civ. P. 5(b)(2)(C) as follows:

Ohio Medical Alliance, LLC
4500 Rockside Rd,
Independence, OH 44131

/s/ Terence R. Coates
Terence R. Coates (0085579)

4